IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, D-11772, | ) |
| Plaintiff(s), | ) No. C 15-4698 CRB (PR) |
| vs. | ) ORDER OF TRANSFER |
| JENNIFER P. SHAFFER, Executive Officer of the Board of Parole Hearings, | ) (Dkt. #4) |
| Defendant(s). | ) |

Plaintiff, a prisoner at California State Prison, Los Angeles County (LAC), has filed a pro se complaint under 42 U.S.C. § 1983 alleging racial discrimination in the composition and policies of the Board of Parole Hearings (BPH). A substantial part of the events or omissions giving rise to the claim(s) occurred, and the sole named defendant – BPH Executive Officer Jennifer P. Shaffer --resides, in the County of Sacramento, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Nov. 10, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Reynolds, F.15-4698.transfer.wpd