# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND REYNOLDS, | Case No. 2:15-cv-02358-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA PAROLE BOARD, et al., | |
| Defendants. | |

On April 24, 2019, the court denied plaintiff's April 19, 2019 request to waive his filing fees in this case. ECF No. 27 (order), ECF No. 26 (request). On May 2, 2019, plaintiff filed another motion to waive his filing fees in this case, ECF No. 28, which the court DENIES for the same reasons identified in its April 24, 2019 order. The court will not entertain any further requests from plaintiff to waive his filing fees for this case.

IT IS SO ORDERED.

DATED: May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

1